[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-14181

Non-Argument Calendar

_____

IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION

_____

9:20-md-02924-RLR

ERIK ROY HILLESLAND,

Interested Party-Appellant,

*versus*

GLENMARK PHARMACEUTICALS, INC. USA,
APOTEX CORP.,
MICHAEL MCCANDLESS,
BRAD ALDRIDGE,
AJANTA PHARMA USA, INC., et al.,

Defendants-Appellees.

2                    Opinion of the Court                    23-14181

—————————————

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:20-md-02924-RLR

—————————————

Before LUCK, BRASHER, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. As explained in our previous opinion dismissing appeal no. 23-11047, Appellant Erik Hillesland lacks standing to appeal because he did not properly become a plaintiff in this action. *See Wolff v. Cash 4 Titles*, 351 F.3d 1348, 1353-54 (11th Cir. 2003) (explaining that litigants must establish their standing to appeal, and only a litigant who is aggrieved by a judgment or order may appeal); *Marino v. Ortiz*, 484 U.S. 301, 304 (1988) (noting that in general, only parties or those who properly become parties may appeal).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.